**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

In re: § Case No. 11-04792-als
§
CINDY LYN DEAHL §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Dallas J. Janssen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $7,475.00 | Assets Exempt: | $17,429.86 |
| Total Distributions to Claimants: | $891.93 | Claims Discharged Without Payment: | $111,369.35 |
| Total Expenses of Administration: | $363.21 | | |

3) Total gross receipts of $1,255.14 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,255.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,575.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $363.21 | $363.21 | $363.21 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $219,121.00 | $98,591.85 | $97,795.28 | $891.93 |
| **Total Disbursements** | $225,696.00 | $98,955.06 | $98,158.49 | $1,255.14 |

4). This case was originally filed under chapter 7 on 12/19/2011. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/01/2013    By:  /s/ Dallas J. Janssen
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax refunds | 1124-000 | $1,255.14 |
| **TOTAL GROSS RECEIPTS** | | **$1,255.14** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank | 4110-000 | $6,575.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,575.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dallas J. Janssen, Trustee | 2100-000 | NA | $313.79 | $313.79 | $313.79 |
| Dallas J. Janssen, Trustee | 2200-000 | NA | $29.95 | $29.95 | $29.95 |
| Green Bank | 2600-000 | NA | $19.47 | $19.47 | $19.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$363.21** | **$363.21** | **$363.21** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 7100-000 | $901.00 | $932.07 | $932.07 | $8.51 |
| 2 | PHARIA L.L.C. | 7100-000 | $940.00 | $1,068.11 | $1,068.11 | $9.74 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $302.00 | $320.17 | $320.17 | $2.92 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $506.00 | $587.38 | $587.38 | $0.00 |
| 5 | Great Lakes Educational Loan Services | 7100-000 | $84,639.00 | $40,995.13 | $40,995.13 | $373.89 |
| 6 | Great Lakes Educational Loan Services | 7100-000 | $22,409.00 | $11,706.97 | $11,706.97 | $106.77 |
| 7 | Great Lakes Educational Loan Services | 7100-000 | $84,639.00 | $32,224.94 | $32,224.94 | $293.90 |
| 8 | Quantum3 Group LLC as agent for | 7100-000 | $846.00 | $906.05 | $906.05 | $8.26 |
| 9 | Quantum3 Group LLC as agent for | 7100-000 | $720.00 | $837.55 | $837.55 | $7.64 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $3,001.00 | $3,092.95 | $3,092.95 | $28.21 |
| 11 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $4,995.00 | $5,123.96 | $5,123.96 | $46.73 |
| 12 | Capital One, N.A. | 7200-000 | $757.00 | $796.57 | $0.00 | $0.00 |
| | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $5.36 | $5.36 | $5.36 |
| | Chase | 7100-000 | $3,992.00 | NA | NA | $0.00 |
| | Citigold Services | 7100-000 | $7,616.00 | NA | NA | $0.00 |
| | ECSI - Simpson College | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| | Fairview Health Services | 7100-000 | $100.00 | NA | NA | $0.00 |
| | HSBC Card Services | 7100-000 | $499.00 | NA | NA | $0.00 |
| | Reward Zone Program Mastercard | 7100-000 | $759.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $219,121.00 | $98,597.21 | $97,800.64 | $891.93 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-04792-als | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | DEAHL, CINDY LYN | Date Filed (f) or Converted (c): | 12/19/2011 (f) |
| For the Period Ending: | 8/1/2013 | §341(a) Meeting Date: | 01/23/2012 |
| | | Claims Bar Date: | 06/07/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Bank of America (Funds direct deposit of pay check dated 12/16/2011) | $900.00 | $900.00 | | $0.00 | FA |
| 2  Citibank | $0.00 | $0.00 | | $0.00 | FA |
| 3  Household goods and furnishings | $1,617.00 | $0.00 | | $0.00 | FA |
| 4  Wardrobe | $200.00 | $0.00 | | $0.00 | FA |
| 5  Wedding ring | $120.00 | $0.00 | | $0.00 | FA |
| 6  401 K Plan | $9,342.00 | $0.00 | | $0.00 | FA |
| 7  Citigroup Pension | $3,003.00 | $0.00 | | $0.00 | FA |
| 8  Accrued wages and disposable earnings | $0.00 | $0.00 | | $0.00 | FA |
| 9  Tax refunds | $0.00 | $1,255.14 | | $1,255.14 | FA |
| 10  2008 Honda Fit Sport Secured by a loan | $7,886.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**             **Gross Value of Remaining Assets**
                              $23,068.00            $2,155.14                $1,255.14           $0.00

**Major Activities affecting case closing:**
TFR will be filed immediately
Objection to POC due 11/28/12, TFR will be submitted there after

**Initial Projected Date Of Final Report (TFR):** 06/15/2012    **Current Projected Date Of Final Report (TFR):** 01/15/2013    /s/ DALLAS J. JANSSEN
                                                                                                    DALLAS J. JANSSEN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04792-als | | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|---|
| Case Name: | DEAHL, CINDY LYN | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9461 | | | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 12/19/2011 | | | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 8/1/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/05/2012 | (9) | Cindy L. Fisher | Tax refunds | 1124-000 | $1,255.14 | | $1,255.14 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.76 | $1,253.38 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.89 | $1,251.49 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.01 | $1,249.48 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.01 | $1,247.47 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.94 | $1,245.53 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.20 | $1,243.33 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.74 | $1,241.59 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.00 | $1,239.59 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.06 | $1,237.53 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.86 | $1,235.67 |
| 02/20/2013 | 5001 | Dallas J. Janssen | Trustee Expenses | 2200-000 | | $29.95 | $1,205.72 |
| 02/20/2013 | 5002 | Dallas J. Janssen | Trustee Compensation | 2100-000 | | $313.79 | $891.93 |
| 02/20/2013 | 5003 | GE Capital Retail Bank | General Unsecured Claim | 7100-000 | | $8.51 | $883.42 |
| 02/20/2013 | 5004 | PHARIA L.L.C. | General Unsecured Claim | 7100-000 | | $9.74 | $873.68 |
| 02/20/2013 | 5005 | Capital One Bank (USA), N.A. | General Unsecured Claim | 7100-000 | | $2.92 | $870.76 |
| 02/20/2013 | 5006 | Capital One Bank (USA), N.A. | General Unsecured Claim | 7100-000 | | $5.36 | $865.40 |
| 02/20/2013 | 5007 | Great Lakes Educational Loan Services | General Unsecured Claim | 7100-000 | | $373.89 | $491.51 |
| 02/20/2013 | 5008 | Great Lakes Educational Loan Services | General Unsecured Claim | 7100-000 | | $106.77 | $384.74 |
| 02/20/2013 | 5009 | Great Lakes Educational Loan Services | General Unsecured Claim | 7100-000 | | $293.90 | $90.84 |
| 02/20/2013 | 5010 | Quantum3 Group LLC as agent for | General Unsecured Claim | 7100-000 | | $8.26 | $82.58 |
| 02/20/2013 | 5011 | Quantum3 Group LLC as agent for | General Unsecured Claim | 7100-000 | | $7.64 | $74.94 |
| 02/20/2013 | 5012 | PYOD, LLC its successors and assigns as assignee | General Unsecured Claim | 7100-000 | | $28.21 | $46.73 |
| 02/20/2013 | 5013 | PYOD, LLC its successors and assigns as assignee | General Unsecured Claim | 7100-000 | | $46.73 | $0.00 |

| | | | | SUBTOTALS | $1,255.14 | $1,255.14 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04792-als | | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|---|
| Case Name: | DEAHL, CINDY LYN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9461 | | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/19/2011 | | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 8/1/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,255.14 | $1,255.14 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,255.14 | $1,255.14 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,255.14 | $1,255.14 | |

**For the period of 12/19/2011 to 8/1/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,255.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,255.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,255.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,255.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/05/2012 to 8/1/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,255.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,255.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,255.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,255.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04792-als | Trustee Name: | Dallas J. Janssen |
|---|---|---|---|
| Case Name: | DEAHL, CINDY LYN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9461 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/19/2011 | Blanket bond (per case limit): | $350,000.00 |
| For Period Ending: | 8/1/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,255.14 | $1,255.14 | $0.00 |

**For the period of 12/19/2011 to 8/1/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,255.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,255.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,255.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,255.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/19/2011 to 8/1/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,255.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,255.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,255.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,255.14 |
| Total Internal/Transfer Disbursements: | $0.00 |